AO 91 (Rev. 5/85 Criminal Complaint)

# UNITED STATES DISTRICT COURT

State and _____ DISTRICT OF _____ New Mexico

UNITED STATES OF AMERICA
v.

Carlos TEJADA-Portillo

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 24 2010

MATTHEW J. DYKMAN
CLERK

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 10-MJ-1815

knowledge and belief. On or about ___June 24, 2010___ in ___Bernalillo___ county, in the ___State and___ District of ___New Mexico___ the defendant

is an alien who had been denied admission, excluded, deported, or removed or had departed the United States while an order of exclusion, deportation, or removal was outstanding, thereafter was found in the United States without the Consent of the Secretary of Homeland Security, pursuant to USC Sections 202(3), 202(4) and 557, to such alien's reapplying for admission;

in violation of Title ___8___ United States Code, Section(s) ___1326(a)(1) & (2)___

I further state that I am a(n) ___Senior Patrol Agent___ and that this complaint is based on the following facts:
    Official Title

On June 24, 2010, Carlos TEJADA-Portillo was encountered by Supervisory Border Patrol Agent David Romero at the Route 66 Casino Travel Center Gas Pumps located at mile marker 140 off of Interstate 40, West of Albuquerque, New Mexico. At the time of encounter, TEJADA was one of fourteen (five fled into the desert) illegal Central Americans found as Passengers in a 1999 Chevy Astro Van bearing Arizona Registration B1XMW. Upon Interview, TEJADA claimed to be a native and citizen of El Salvador illegally in the United States. From the Border Patrol Office, TEJADA's Fingerprints were submitted electronically and compared with Records archived by the Department of Homeland Security and the FBI. Computerized Fingerprint Records revealed that TEJADA had last been Deported from the United States to El Salvador on or about July 9, 2009. There is no evidence that TEJADA received the consent of the Secretary of Homeland Security to reapply for admission into the United States.

☐ Yes  ☑ No

Brian Knoll
Signature of Complainant

Sworn to before me and subscribed in my presence,

___June 24, 2010___ at ___Albuquerque, New Mexico___
Date                                                            City and State

Richard L. Puglisi
Chief United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer